# MARK POWELL
## General Ledger
### As of June 30, 2023

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **C&N 0088** | | | | | | | | | 0.00 |
| Total C&N 0088 | | | | | | | | | 0.00 |
| **C&N 0761** | | | | | | | | | 4,070.74 |
| Check | 06/27/2023 | EFT | | DISH NETWORK | | Utilities | | 59.45 | 4,011.29 |
| Check | 06/28/2023 | EFT | | DANDY | | Fuel | | 106.61 | 3,904.68 |
| Check | 06/28/2023 | EFT | | UNITED FINANCIAL | | Insurance Exp... | | 1,209.80 | 2,694.88 |
| Check | 06/29/2023 | EFT | | WELLES MILLS | Point Of Sale ... | Fuel | | 230.05 | 2,464.83 |
| Check | 06/30/2023 | EFT | | RITE AID | | Medical | | 24.78 | 2,440.05 |
| Total C&N 0761 | | | | | | | 0.00 | 1,630.69 | 2,440.05 |
| **C&N 7923** | | | | | | | | | 0.00 |
| Total C&N 7923 | | | | | | | | | 0.00 |
| **C&N 8871** | | | | | | | | | 760.66 |
| Check | 06/26/2023 | EFT | | WELLES MILLS | Point Of Sale ... | Fuel | | 350.00 | 410.66 |
| Check | 06/26/2023 | EFT | | TRACTOR SUPPLY | | Supplies | | 23.63 | 387.03 |
| Check | 06/26/2023 | EFT | | AUTO PARTS | Point Of Sale ... | Truck Mainten... | | 125.68 | 261.35 |
| Check | 06/26/2023 | EFT | | TRACTOR SUPPLY | | Supplies | | 52.68 | 208.67 |
| Check | 06/26/2023 | EFT | | TRACTOR SUPPLY | | Supplies | | 17.68 | 190.99 |
| Check | 06/26/2023 | 2800 | | LOPKE | | Farm Expense | | 331.05 | -140.06 |
| Check | 06/26/2023 | EFT | | OVERDRAFT FEE | | Bank Service ... | | 35.00 | -175.06 |
| Check | 06/27/2023 | EFT | | TOWANDA IRON & ... | Point Of Sale ... | Repairs and M... | | 17.06 | -192.12 |
| Check | 06/27/2023 | EFT | | OVERDRAFT FEE | | Bank Service ... | | 35.00 | -227.12 |
| Check | 06/28/2023 | EFT | | DANDY | | Meals and Ent... | | 9.17 | -236.29 |
| Check | 06/28/2023 | EFT | | OVERDRAFT FEE | | Bank Service ... | | 35.00 | -271.29 |
| Deposit | 06/29/2023 | | | | Deposit | Sales | 1,856.51 | | 1,585.22 |
| Check | 06/30/2023 | EFT | | SERVICE CHARGE | Memo:Withdr... | Bank Service ... | | 8.00 | 1,577.22 |
| Deposit | 06/30/2023 | | | | Deposit | Interest Income | 0.03 | | 1,577.25 |
| Total C&N 8871 | | | | | | | 1,856.54 | 1,039.95 | 1,577.25 |
| **Citizens & Northern** | | | | | | | | | 0.00 |
| Total Citizens & Northern | | | | | | | | | 0.00 |
| **M&T** | | | | | | | | | 0.00 |
| Total M&T | | | | | | | | | 0.00 |
| **Accounts Receivable** | | | | | | | | | 0.00 |
| Total Accounts Receivable | | | | | | | | | 0.00 |
| **Corn & Soybeans** | | | | | | | | | 77,453.00 |
| Total Corn & Soybeans | | | | | | | | | 77,453.00 |
| **Undeposited Funds** | | | | | | | | | 0.00 |
| Total Undeposited Funds | | | | | | | | | 0.00 |
| **Equipment** | | | | | | | | | 465,517.00 |
| Total Equipment | | | | | | | | | 465,517.00 |

4:48 PM
07/27/23
Accrual Basis

# MARK POWELL
## General Ledger
### As of June 30, 2023

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Tractors and Trailers | | | | | | | | | 0.00 |
| Total Tractors and Trailers | | | | | | | | | 0.00 |
| X-Accumulated Depreciation | | | | | | | | | -413,289.00 |
| Total X-Accumulated Depreciation | | | | | | | | | -413,289.00 |
| Accounts Payable | | | | | | | | | 0.00 |
| Total Accounts Payable | | | | | | | | | 0.00 |
| Federal Taxes Payable | | | | | | | | | -55,521.30 |
| Total Federal Taxes Payable | | | | | | | | | -55,521.30 |
| Loan Payment | | | | | | | | | 0.00 |
| Total Loan Payment | | | | | | | | | 0.00 |
| Payroll Liabilities | | | | | | | | | 0.00 |
| Total Payroll Liabilities | | | | | | | | | 0.00 |
| Pennsylvania Taxes Payable | | | | | | | | | -6,472.74 |
| Total Pennsylvania Taxes Payable | | | | | | | | | -6,472.74 |
| Loan Payable-Chris Roof | | | | | | | | | -29,221.31 |
| Total Loan Payable-Chris Roof | | | | | | | | | -29,221.31 |
| PS Bank Loan Payable | | | | | | | | | -694,846.04 |
| Total PS Bank Loan Payable | | | | | | | | | -694,846.04 |
| Life Insurance | | | | | | | | | 0.00 |
| Total Life Insurance | | | | | | | | | 0.00 |
| Medical | | | | | | | | | 834.51 |
| Check | 06/30/2023 | EFT | | RITE AID | | C&N 0761 | 24.78 | | 859.29 |
| Total Medical | | | | | | | 24.78 | 0.00 | 859.29 |
| Opening Balance Equity | | | | | | | | | 0.00 |
| Total Opening Balance Equity | | | | | | | | | 0.00 |
| Owners Draw | | | | | | | | | 0.00 |
| Total Owners Draw | | | | | | | | | 0.00 |
| Owners Equity | | | | | | | | | 694,162.32 |
| Total Owners Equity | | | | | | | | | 694,162.32 |
| DEPOSIT | | | | | | | | | 0.00 |
| Total DEPOSIT | | | | | | | | | 0.00 |
| Sales | | | | | | | | | -138,354.46 |
| Deposit | 06/29/2023 | | | | Deposit | C&N 8871 | | 1,856.51 | -140,210.97 |
| Total Sales | | | | | | | 0.00 | 1,856.51 | -140,210.97 |

# MARK POWELL
## General Ledger
### As of June 30, 2023

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **TRANSFER** | | | | | | | | | 0.00 |
| Total TRANSFER | | | | | | | | | 0.00 |
| **Travel Expenses for Drivers** | | | | | | | | | 0.00 |
| Total Travel Expenses for Drivers | | | | | | | | | 0.00 |
| **Truck Maintenance Costs** | | | | | | | | | -6,189.61 |
| Check | 06/26/2023 | EFT | | AUTO PARTS | Point Of Sale ... | C&N 8871 | 125.68 | | -6,063.93 |
| Total Truck Maintenance Costs | | | | | | | 125.68 | 0.00 | -6,063.93 |
| **Advertising** | | | | | | | | | 0.00 |
| Total Advertising | | | | | | | | | 0.00 |
| **Automobile Expense** | | | | | | | | | 518.44 |
| Total Automobile Expense | | | | | | | | | 518.44 |
| **Bank Service Charges** | | | | | | | | | 220.00 |
| Check | 06/26/2023 | EFT | | OVERDRAFT FEE | | C&N 8871 | 35.00 | | 255.00 |
| Check | 06/27/2023 | EFT | | OVERDRAFT FEE | | C&N 8871 | 35.00 | | 290.00 |
| Check | 06/28/2023 | EFT | | OVERDRAFT FEE | | C&N 8871 | 35.00 | | 325.00 |
| Check | 06/30/2023 | EFT | | SERVICE CHARGE | Memo:Withdr... | C&N 8871 | 8.00 | | 333.00 |
| Total Bank Service Charges | | | | | | | 113.00 | 0.00 | 333.00 |
| **Business Licenses and Permits** | | | | | | | | | 62.45 |
| Total Business Licenses and Permits | | | | | | | | | 62.45 |
| **COLLECTIONS** | | | | | | | | | 0.00 |
| Total COLLECTIONS | | | | | | | | | 0.00 |
| **Computer and Internet Expenses** | | | | | | | | | 0.00 |
| Total Computer and Internet Expenses | | | | | | | | | 0.00 |
| **Depreciation Expense** | | | | | | | | | 0.00 |
| Total Depreciation Expense | | | | | | | | | 0.00 |
| **Donations** | | | | | | | | | 0.00 |
| Total Donations | | | | | | | | | 0.00 |
| **Dues/ Subscriptions** | | | | | | | | | 592.57 |
| Total Dues/ Subscriptions | | | | | | | | | 592.57 |
| **Education Expense** | | | | | | | | | 0.00 |
| Total Education Expense | | | | | | | | | 0.00 |
| **Farm Expense** | | | | | | | | | 27,551.75 |
| Check | 06/26/2023 | 2600 | | LOPKE | | C&N 8871 | 331.05 | | 27,882.80 |
| Total Farm Expense | | | | | | | 331.05 | 0.00 | 27,882.80 |

# MARK POWELL
# General Ledger
## As of June 30, 2023

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---:|---:|---:|
| **FINES** | | | | | | | | | 0.00 |
| Total FINES | | | | | | | | | 0.00 |
| **Fuel** | | | | | | | | | 19,942.03 |
| Check | 06/26/2023 | EFT | | WELLES MILLS | Point Of Sale ... | C&N 8871 | 350.00 | | 20,292.03 |
| Check | 06/28/2023 | EFT | | DANDY | | C&N 0761 | 106.61 | | 20,398.64 |
| Check | 06/29/2023 | EFT | | WELLES MILLS | Point Of Sale ... | C&N 0761 | 230.05 | | 20,628.69 |
| Total Fuel | | | | | | | 686.66 | 0.00 | 20,628.69 |
| **Hauling** | | | | | | | | | 1,100.00 |
| Total Hauling | | | | | | | | | 1,100.00 |
| **Insurance Expense** | | | | | | | | | 6,392.80 |
| Check | 06/28/2023 | EFT | | UNITED FINANCIAL | | C&N 0761 | 1,209.80 | | 7,602.60 |
| Total Insurance Expense | | | | | | | 1,209.80 | 0.00 | 7,602.60 |
| **Interest Expense** | | | | | | | | | 0.00 |
| Total Interest Expense | | | | | | | | | 0.00 |
| **Labor** | | | | | | | | | 0.00 |
| Total Labor | | | | | | | | | 0.00 |
| **Meals and Entertainment** | | | | | | | | | -20.44 |
| Check | 06/28/2023 | EFT | | DANDY | | C&N 8871 | 9.17 | | -11.27 |
| Total Meals and Entertainment | | | | | | | 9.17 | 0.00 | -11.27 |
| **Misc** | | | | | | | | | 0.00 |
| Total Misc | | | | | | | | | 0.00 |
| **Office Supplies** | | | | | | | | | 51.30 |
| Total Office Supplies | | | | | | | | | 51.30 |
| **Payroll Expenses** | | | | | | | | | 0.00 |
| Total Payroll Expenses | | | | | | | | | 0.00 |
| **Postage** | | | | | | | | | 32.98 |
| Total Postage | | | | | | | | | 32.98 |
| **Professional Fees** | | | | | | | | | 20,000.00 |
| Total Professional Fees | | | | | | | | | 20,000.00 |
| **Real Estate Taxes** | | | | | | | | | 0.00 |
| Total Real Estate Taxes | | | | | | | | | 0.00 |
| **Registrations & Plates** | | | | | | | | | 742.00 |
| Total Registrations & Plates | | | | | | | | | 742.00 |

# MARK POWELL
## General Ledger
### As of June 30, 2023

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **REJECTED CHECK** | | | | | | | | | 0.00 |
| Total REJECTED CHECK | | | | | | | | | 0.00 |
| **Rent Expense** | | | | | | | | | 900.00 |
| Total Rent Expense | | | | | | | | | 900.00 |
| **Repairs and Maintenance** | | | | | | | | | 15,799.49 |
| Check | 06/27/2023 | EFT | | TOWANDA IRON & ... | Point Of Sale ... | C&N 8871 | 17.06 | | 15,816.55 |
| Total Repairs and Maintenance | | | | | | | 17.06 | 0.00 | 15,816.55 |
| **RETURNED CHECK** | | | | | | | | | 0.00 |
| Total RETURNED CHECK | | | | | | | | | 0.00 |
| **Road Taxes** | | | | | | | | | 414.00 |
| Total Road Taxes | | | | | | | | | 414.00 |
| **Small Tools and Equipment** | | | | | | | | | 0.00 |
| Total Small Tools and Equipment | | | | | | | | | 0.00 |
| **Supplies** | | | | | | | | | 1,666.04 |
| Check | 06/26/2023 | EFT | | TRACTOR SUPPLY | | C&N 8871 | 23.63 | | 1,689.67 |
| Check | 06/26/2023 | EFT | | TRACTOR SUPPLY | | C&N 8871 | 52.68 | | 1,742.35 |
| Check | 06/26/2023 | EFT | | TRACTOR SUPPLY | | C&N 8871 | 17.68 | | 1,760.03 |
| Total Supplies | | | | | | | 93.99 | 0.00 | 1,760.03 |
| **Telephone Expense** | | | | | | | | | 1,004.16 |
| Total Telephone Expense | | | | | | | | | 1,004.16 |
| **Travel** | | | | | | | | | 473.80 |
| Total Travel | | | | | | | | | 473.80 |
| **Trucking** | | | | | | | | | 0.00 |
| Total Trucking | | | | | | | | | 0.00 |
| **Utilities** | | | | | | | | | 3,544.95 |
| Check | 06/27/2023 | EFT | | DISH NETWORK | | C&N 0761 | 59.45 | | 3,604.40 |
| Total Utilities | | | | | | | 59.45 | 0.00 | 3,604.40 |
| **Waste Removal** | | | | | | | | | 113.30 |
| Total Waste Removal | | | | | | | | | 113.30 |
| **Work Clothes** | | | | | | | | | 0.00 |
| Total Work Clothes | | | | | | | | | 0.00 |
| **Interest Income** | | | | | | | | | -5.39 |
| Deposit | 06/30/2023 | | | | Deposit | C&N 8871 | | 0.03 | -5.42 |
| Total Interest Income | | | | | | | 0.00 | 0.03 | -5.42 |

# MARK POWELL
## General Ledger
### As of June 30, 2023

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **No accnt** | | | | | | | | | 0.00 |
| Total no accnt | | | | | | | | | 0.00 |
| **TOTAL** | | | | | | | 4,527.18 | 4,527.18 | 0.00 |