# MARK POWELL
## Balance Sheet
### As of June 30, 2023

|  | Jun 30, 23 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| C&N 0761 | 2,440.05 |
| C&N 8871 | 1,577.25 |
| **Total Checking/Savings** | 4,017.30 |
| **Other Current Assets** | |
| Corn & Soybeans | 77,453.00 |
| **Total Other Current Assets** | 77,453.00 |
| **Total Current Assets** | 81,470.30 |
| **Fixed Assets** | |
| Equipment | 465,517.00 |
| X-Accumulated Depreciation | -413,289.00 |
| **Total Fixed Assets** | 52,228.00 |
| **TOTAL ASSETS** | 133,698.30 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Federal Taxes Payable | 55,521.30 |
| Pennsylvania Taxes Payable | 6,472.74 |
| **Total Other Current Liabilities** | 61,994.04 |
| **Total Current Liabilities** | 61,994.04 |
| **Long Term Liabilities** | |
| Loan Payable-Chris Roof | 29,221.31 |
| PS Bank Loan Payable | 694,846.04 |
| **Total Long Term Liabilities** | 724,067.35 |
| **Total Liabilities** | 786,061.39 |
| **Equity** | |
| Medical | -859.29 |
| Owners Equity | -694,162.32 |
| Net Income | 42,658.52 |
| **Total Equity** | -652,363.09 |
| **TOTAL LIABILITIES & EQUITY** | 133,698.30 |