Exhibit C

**Mark Powell**
**Cash Receipts**
**6-26-2023 to 6-30-2023**   **Date**   **Amount**   **Purpose**

**Received From**   6/29/2023   1856.51

Sales