Exhibit D

**Mark Powell**
**Disbursement**
**6-26-2023 thru 6-30-2023**

| Payee | Date Paid | Purpose | Amount |
|---|---|---|---|
| Dish Network | 27-Jun | Utility | 59.45 |
| Dandy | 28-Jun | Fuel | 106.61 |
| United Financial | 28-Jun | Insurance | 1,209.80 |
| Wells Mills | 29-Jun | Fuel | 230.05 |
| Rite Aid | 30-Jun | Medical | 24.78 |
| Wells Mills | 26-Jun | Fuel | 350.00 |
| Tractor Supply | 26-Jun | Supply | 23.63 |
| Auto Parts | 26-Jun | Parts | 125.68 |
| Tractor Supply | 26-Jun | Supply | 52.68 |
| Tractor Supply | 26-Jun | Supply | 17.68 |
| Lopke | 26-Jun | Stone | 331.05 |
| Bank | 26-Jun | Bank Fee | 35.00 |
| Towand Iron & Metal | 27-Jun | Supply | 17.06 |
| Bank | 27-Jun | Bank Fee | 35.00 |
| Dandy | 28-Jun | Meal | 9.17 |
| Bank | 28-Jun | Bank Fee | 35.00 |
| Bank | 30-Jun | Bank Fee | 8.00 |
| | | | 2,670.64 |