**Exhibit F**

**Mark Powell**
**Receivables**
**6-26-2023 thru 6-30-2023**