Exhibit E

## Mark Powell
## Payables
## 6-26-2023 thru 6-30-2023

| Payable To | Date Incurred | Purpose | Amount | Due Date |
|---|---|---|---|---|