# MARK POWELL
## Transactions by Account
### As of June 30, 2023

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Original Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **C&N 8871** | | | | | | | | | | | 780.86 |
| Check | 06/26/2023 | EFT | | WELLES MILLS | Point Of Sale... | | Fuel | | 350.00 | -350.00 | 410.86 |
| Check | 06/26/2023 | EFT | | TRACTOR SUPPLY | | | Supplies | | 23.63 | -23.63 | 387.03 |
| Check | 06/26/2023 | EFT | | AUTO PARTS | Point Of Sale... | | Truck Maintena... | | 125.68 | -125.68 | 261.35 |
| Check | 06/26/2023 | EFT | | TRACTOR SUPPLY | | | Supplies | | 52.68 | -52.68 | 208.67 |
| Check | 06/26/2023 | EFT | | TRACTOR SUPPLY | | | Supplies | | 17.68 | -17.68 | 190.99 |
| Check | 06/26/2023 | 2800 | | LOPKE | | | Farm Expense | | 331.05 | -331.05 | -140.06 |
| Check | 06/26/2023 | EFT | | OVERDRAFT FEE | | | Bank Service C... | | 35.00 | -35.00 | -175.06 |
| Check | 06/27/2023 | EFT | | TOWANDA IRON &... | Point Of Sale... | | Repairs and M... | | 17.06 | -17.06 | -192.12 |
| Check | 06/27/2023 | EFT | | OVERDRAFT FEE | | | Bank Service C... | | 35.00 | -35.00 | -227.12 |
| Check | 06/28/2023 | EFT | | DANDY | | | Meals and Ente... | | 9.17 | -9.17 | -236.29 |
| Check | 06/28/2023 | EFT | | OVERDRAFT FEE | | | Bank Service C... | | 35.00 | -35.00 | -271.29 |
| Deposit | 06/29/2023 | | | | Deposit | | Sales | 1,856.51 | | 1,856.51 | 1,585.22 |
| Check | 06/30/2023 | EFT | | SERVICE CHARGE | Memo:Withdr... | | Bank Service C... | | 8.00 | -8.00 | 1,577.22 |
| Deposit | 06/30/2023 | | | | Deposit | | Interest Income | 0.03 | | 0.03 | 1,577.25 |
| **Total C&N 8871** | | | | | | | | 1,856.54 | 1,039.95 | | 1,577.25 |
| **TOTAL** | | | | | | | | 1,856.54 | 1,039.95 | | 1,577.25 |

Case 4:23-bk-01417-MJC   Doc 40-8   Filed 07/31/23   Entered 07/31/23 13:32:23   Desc
Exhibit transactions by account   Page 1 of 2

# MARK POWELL
## Transactions by Account
### As of June 30, 2023

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Original Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **C&N 0761** | | | | | | | | | | | 4,070.74 |
| Check | 06/27/2023 | EFT | | DISH NETWORK | | | Utilities | | 59.45 | -59.45 | 4,011.29 |
| Check | 06/28/2023 | EFT | | DANDY | | | Fuel | | 106.61 | -106.61 | 3,904.68 |
| Check | 06/28/2023 | EFT | | UNITED FINANCIAL | | | Insurance Expe... | | 1,209.80 | -1,209.80 | 2,694.88 |
| Check | 06/29/2023 | EFT | | WELLES MILLS | Point Of Sale ... | | Fuel | | 230.05 | -230.05 | 2,464.83 |
| Check | 06/30/2023 | EFT | | RITE AID | | | Medical | | 24.78 | -24.78 | 2,440.05 |
| **Total C&N 0761** | | | | | | | | 0.00 | 1,630.69 | | 2,440.05 |
| **TOTAL** | | | | | | | | 0.00 | 1,630.69 | | 2,440.05 |

Page 1

Case 4:23-bk-01417-MJC   Doc 40-8   Filed 07/31/23   Entered 07/31/23 13:32:23   Desc
Exhibit transactions by account   Page 2 of 2