UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
MARK J. POWELL
EIN 7808 redacted
a/k/a Mark James Powell
a/k/a Mark Powell

    Debtor-in-Possession

CHAPTER 11
CASE NO. 4:23-bk-01417-MJC

## **ORDER**

Upon consideration of the Motion of Debtor-in-Possession and Debtor's Counsel for leave to appear via Zoom along with Richard M. Farley CPA at the hearing scheduled for August 31, 2023 at 10 a.m. with a statement of no position by the United States Trustee, and no objections being filed thereto to either the Motion to Extend Stay or the Motion for Leave to Appear via Zoom for this hearing; it is hereby

**ORDERED** and **DECREED** that the Motion of the Debtor-in-Possession and Debtor's Counsel for leave to appear via Zoom along with Richard M. Farley CPA at the hearing scheduled for August 31, 2023, at 10 a.m. is hereby **GRANTED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: August 28, 2023