# EXHIBIT "B"

# BRADFORD COUNTY SHERIFF'S OFFICE
## NOTICE OF LEVY/SALE

PLAINTIFF: PS Bank F/D/B/A

vs.

WRIT OF EXECUTION# 2023JG0042

DEFENDANT: Mark Powell, Powell Development Company INC

## SHERIFF'S SALE

By virtue of a Writ of Execution issued out of the Court of Common Pleas of Bradford County, to me directed and delivered, I will expose to Public Sale at this location;
Bradford County Courthouse 301 Main Street Towanda, Pa 18848

on Wed the 28 day of June, at 11AM the below described property.

NOTICE: All claims to the property must be filed with the Sheriff before sale, and all claims to the proceeds before distribution. Schedule of distribution will be filed in the Sheriff's Office not later than five days after sale. Distribution will be made in accordance with the schedule unless exceptions are filed within ten days thereafter.

TAKE NOTICE, by virtue of this Writ, I have levied upon your tangible personal property listed below:

**YOU WILL THEREFORE NOT REMOVE THIS PROPERTY FROM THE PREMISES WITHOUT AN ORDER FROM THE SHERIFF'S OFFICE**

- 8930 Case TH Magnum / CAT 2 Quick hitch
- Brillion Transport Cultipacker
- 18' x 21' grain bin/Dryer
- 40' Rissler Elevator
- 966 Farmall International
- H&S Bi-fold Rake
- ~~4755 Hesston Baler~~ 420 Weaverline Feed Cart
- 4366 International tractor
- 1066 International tractor
- John Deere 12 row planter 7000
- Ford Diesel tractor 6600
- New Holland LS 180 Skidsteer
- New Holland Disc mower
- 700 International plow 7x18
- 966 12 Shank Chisel plow
- 30 foot sprayer
- Mueller tank washer
- 6 unit Milker

NOTICE: You are further notified that by virtue of Section 4110, of the Crimes Code, 18 Pa. C.S., a person commits a misdemeanor of the second degree if he destroys, removes, conceals, encumbers, transfers or otherwise deals with property after levy has been made thereon with the intent to hinder enforcement of such interest, and upon conviction thereof is subject to a fine not exceeding $5,000.00 and sentence to imprisonment for not more that two years.

LEVY DATE/TIME: 5/17/23 10:49am SHERIFF'S OFFICE Brown

PLACE OF LEVY: 642 Hillside dr, Towanda

Bradford County Sheriff's Office 301 Main Street Towanda, Pa 18848 (570) 265-1707    Revised 10.00

Case 4:23-bk-01417-MJC    Doc 52-2    Filed 08/30/23    Entered 08/30/23 11:54:53    Desc
Exhibit B-Notice of Sheriff Sale    Page 2 of 2