# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **Mark James Powell,** | : | Case No. 4:23-bk-01417-MJC |
| Debtor | : | |
| | : | |
| **PS Bank a/k/a Peoples State Bank** | : | |
| **a/k/a Peoples State Bank of Wyalusing,** | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **Mark James Powell,** | : | |
| Respondent | : | |

## ORDER DISMISSING CASE

Upon consideration of Motion of PS Bank a/k/a Peoples State Bank a/k/a Peoples State Bank of Wyalusing for an Order Dismissing Chapter 11 Bankruptcy Case or in the Alternative to Convert Chapter 11 Case to Chapter 7 Case, Dkt. # 196 ("Motion"), and Debtor's Answer filed in response thereto, Dkt. # 221 ("Answer");

**AND**, after an evidentiary hearing held on June 17, 2024;

**AND**, for the reasons stated on the record;[1]

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The above-captioned case is hereby **DISMISSED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: June 18, 2024

---

[1] The Court's findings and conclusions were stated on the record in open court pursuant to F.R.B.P. 7052.